AO 442 (Rev. 11/11) Arrest Warrant

**RECEIVED**
By Marley Plish at 5:00 pm, Jan 05, 2026

# UNITED STATES DISTRICT COURT
### for the

Northern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.    1:25CR00159 AMN |
| Jonathan Munafo | ) | |
| 41444-509 | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Jonathan Munafo                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ❏ Complaint
❏ Probation Violation Petition        ☑ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

1) Failure to report to Probation Office within 72 hours of release

Date:    01/05/2026                          *Anne M. Nardacci*
                                                                          Issuing officer's signature

City and state:    Albany, NY                          Hon. Anne M. Nardacci, U.S. District Judge
                                                                          *Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/5/26          , and the person was arrested on *(date)* 3/3/26
at *(city and state)* Kinsale, VA          .

Date: 3/3/26                          *Danielle Shemchuk*
                                                                          Arresting officer's signature

                                                                          Dusm Shemchuk
                                                                          *Printed name and title*