CRIMINAL PROCEEDINGS  —  U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: COLOMBELL

REPORTER: FTR

DOCKET NO. 3:26mj13

DATE: 3/3/26

UNITED STATES OF AMERICA
v.

COUNSEL

1. _Jonathan Munafo_
   Deft appeared via VTC (  ) ZOOM (  )

1. _Carolyn Grady    (w)_

**APPEARANCES:**  GOVERNMENT _Patrick McGorman_ (p)
DEFENDANT WITH COUNSEL ( X )   DEFENDANT WITHOUT COUNSEL (  )
DEFENDANT NOT PRESENT   (  )   WAIVER OF APPEARANCE FILED (  )
INTERPRETER _____  (  )

**BAIL STATUS:**  DEFENDANT ON BOND (  ) DEFENDANT ON SUPERVISED RELEASE (  )
DEFENDANT INCARCERATED ( ✓ )  BOND NOT SET (  )

**TYPE OF PROCEEDINGS:**   Rule 32.1
INITIAL ( ✓ ) ARRAIGNMENT (  ) REARRAIGNMENT/GUILTY PLEA (  )
PRELIMINARY (  ) DETENTION (  ) MOTIONS (  ) OTHER: _____ (  )
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION (  )

**PRELIMINARY PROCEEDINGS:**
WAIVER OF INDICTMENT EXECUTED, FILED (  )
CRIMINAL INFORMATION FILED (  )
OTHER (  ) _____

**INITIAL HEARING PROCEEDINGS:**
DATE OF ARREST: _3/3/26_  GOVT'S MOTION TO UNSEAL (  )
GOVT SUMMARIZED CHARGES ( X ) DEFT ADVISED OF RULE 5 RIGHTS ( ✓ )
FINANCIAL AFFIDAVIT (  ) COUNSEL TO BE APPOINTED ( X ) Javionte
DEFT TO RETAIN COUNSEL (  )                          Johnston
GOVT'S MOTION TO DETAIN DEFT ( ✓ ) ORDER OF TEMPORARY DETENTION ( ✓ )
DEFT REMANDED ( X ) DETENTION HEARING SET: _____

**PRELIMINARY HEARING PROCEEDINGS:**
GOVT ADDUCED EVIDENCE (  )    DEFT ADDUCED EVIDENCE (  )
ARGUMENTS HEARD (  )   FINDINGS STATED FROM BENCH (  )
DEFT WAIVED HEARING (  ) PROBABLE CAUSE FOUND (  )
MOTION FOR CONTINUANCE (  ) GOVT (  ) DEFT (  ) DEFT REMANDED (  )
WITNESS(ES) _____
_____
_____
_____
_____

**DETENTION HEARING PROCEEDINGS:**
GOVT ADDUCED EVIDENCE (  )    DEFT ADDUCED EVIDENCE (  )
ARGUMENTS HEARD (  )   FINDINGS STATED FROM BENCH (  )
DEFT WAIVED HEARING (  ) DEFENDANT CONTINUED ON PRESENT BOND (  )
DEFT HELD W/O BOND (  ) FLIGHT RISK (  ) DANGER (  )
GOVT NOT SEEKING DETENTION (  ) DEFENDANT RELEASED ON BOND (  )
ELECTRONIC MONITORING (  ) 3rd PARTY CUSTODIAN (  )
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED (  )
MOTION FOR CONTINUANCE (  ) GOVT (  ) DEFT (  )
DEFT REMANDED (  )
WITNESS(ES) _____
_____
_____
_____

*Deft requested Rule 32.1 hearings to be held in this district*

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(F)  (  )

CASE CONTINUED TO: _3/9/26 @ 2:00 pm_ FOR _Rule 32.1 hearings_
CASE SET: 2:45   BEGAN: 3:11   ENDED: 3:22   TIME IN COURT: 11 minutes