**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Case No. 3:26-MJ-13 |
| | ) |
| JONATHAN MUNAFO | ) |
| | ) |
| Defendant. | ) |

## ORDER
**(Granting Motion to Continue Preliminary Hearing and Detention Hearing)**

THIS MATTER is before the Court on Defendant Jonathan Munafo's ("Defendant") Motion to Continue Preliminary Hearing and Detention Hearing (the "Motion," ECF No. 5), filed on March 5, 2026. Upon due consideration, and there being no objection by the Government, the Motion is GRANTED. Defendant's hearing is CONTINUED to **March 10, 2026, at 2:00 p.m.**

The Clerk is directed to send a copy of this Order to all counsel of record and to the U.S. Office of Probation and Pretrial Services.

It is so ORDERED.

_____/s/_ **MRC**_____
Mark R. Colombell
United States Magistrate Judge

Richmond, Virginia
Dated: __March 5, 2026__