IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
*Richmond Division*

UNITED STATES OF AMERICA

v.                                                    Case No. 3:26-mj-13

JONATHAN MUNAFO,

Defendant.

## ORDER

This matter comes before the Court on the Government's Motion for Remote Testimony of One Witness (ECF No. 1). The Government seeks a Court order permitting a United States Probation Officer from the Northern District of New York to testify remotely at Defendant's identity, preliminary, and detention hearings scheduled for Tuesday, March 10, 2026 at 2:00 pm. The Government represents that Defendant, through Counsel, has no objection to this request. (ECF No. 1.)

Having considered the Government's motion, including the facts presented by the Government to justify the relief requested, including that the probation officer's office is located in Albany, New York, that his anticipated direct testimony will be relatively short in duration, and that he is best situated to testify about the allegations in the Petition, the Court finds that granting the Government's motion is in the interest of justice.

Therefore, the Government's Motion for Remote Testimony of One Witness (ECF No. 1) is GRANTED and the United States shall be permitted to present remote testimony from a United States Probation Officer from the Northern District of New York at Defendant's hearings scheduled for Tuesday, March 10, 2026 at 2:00 pm.

1

It is further ORDERED, ADJUDGED, and DECREED that, pursuant to E.D.Va. Local Criminal Rule 53, the probation officer may not record the proceedings without further order of this Court.

The Clerk is directed to send a copy of this Order to all counsel of record and the United States Probation Office for the Eastern District of Virginia.

Richmond, Virginia
Date: March 6, 2026

_____ /s/ _____
Summer L. Speight
United States Magistrate Judge

2